NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


RODOLFO HERNANDEZ,                    )
                                      )
          Appellant,                  )
                                      )
v.                                    )          Case No. 2D18-96
                                      )
STATE OF FLORIDA,                     )
                                      )
          Appellee.                   )
_____)

Opinion filed June 14, 2019.

Appeal from the Circuit Court for Lee
County; Thomas S. Reese, Judge.

Howard L. Dimmig, II, Public Defender, and
Karen M. Kinney, Assistant Public
Defenders, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.


          Affirmed.


BLACK, SALARIO, and BADALAMENTI, JJ., Concur.